**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-23138-CMA

CARLOS BRITO,

Plaintiff,

v.

ESOIL 1-27-45-0017 CORPORATION and
CK AT LEJEUNE LLC d/b/a CHICKEN
KITCHEN,

Defendants.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendants, ESOIL 1-27-45-0017 CORPORATION and CK AT LEJEUNE LLC d/b/a CHICKEN KITCHEN, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Proposed Consent Decree and Stipulation dismissing this Action with prejudice once the Confidential Settlement Agreement and Release is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this September 20, 2024.

/s/ Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
E-Mail: ajp@ajperezlawgroup.com
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
*Counsel for Plaintiff*

/s/ Daniel W. Anderson
DANIEL W. ANDERSON, ESQ.
Florida Bar No. 490873
E-Mail:danderson@floridalawpartners.com
ANDERSON LAW GROUP
13577 Feather Sound Drive, Suite 190
Clearwater, Florida 33762
Phone: (727) 329-1999
*Counsel for Defendant, ESOIL 1-27-45-0017*

*/s/Daniel R. Levine*______
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-Mail: DRL@PBL-Law.com
ROBIN I. FRANK, ESQ.
Florida Bar No. 0649619
E-Mail: RIF@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, Florida 33431
Telephone: (561) 544-8900
*Counsel for Defendant CK at Lejeune LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 20, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: *_/s/ Anthony J. Perez____*
ANTHONY J. PEREZ