**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-23138-CIV-ALTONAGA/Reid**

**CARLOS BRITO**,

Plaintiff,

v.

**ESOIL 1-27-45-0017**
**CORPORATION**, *et al*.,

Defendants.
_______________________/

**<u>ORDER ADMINISTRATIVELY CLOSING CASE</u>**

**THIS CAUSE** is before the Court on the Plaintiff's Joint Notice of Settlement [ECF No. 16], filed on September 20, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may, by motion, request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of September, 2024.

Cecilia M. Altonaga
_______________________________
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record